NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JENAM TECH, LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2023-1487, 2023-1488, 2023-1489, 2023-1490

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00867, IPR2021-00868, IPR2021-00869, IPR2021-00870.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          JENAM TECH, LLC V. GOOGLE LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

January 9, 2024
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 9, 2024